```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/9/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RESHMA AMIN,                                     :
                                                 :
                              Plaintiff,         :
                                                 :            1:19-cv-06601-GHW
              -against-                          :
                                                 :                 ORDER
ARTIST TRAVEL CONSULTANTS, LLC,                  :
IRIS DERKE, and DANUTA GROSS,                    :
                                                 :
                              Defendants.        :
-----------------------------------------------------------------X

GREGORY H. WOODS, District Judge:

The Court has received and reviewed the stipulation of substitution of counsel filed by defendants' attorneys at Dkt. No. 35. The Court declines to enter the stipulation because it does not fully comply with Local Rule 1.4. Under Local Rule 1.4, such a stipulation must be signed by all parties to the litigation. The Court will act on Mr. Carbonaro's motion to withdraw as counsel for Defendants, Dkt. No. 36, once Ms. Belony enters a notice of appearance.

SO ORDERED.

Dated: February 9, 2022
New York, New York                                _____
                                                        GREGORY H. WOODS
                                                      United States District Judge