USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/10/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RESHMA AMIN,

                            Plaintiff,

              -against-

ARTIST TRAVEL CONSULTANTS, LLC,
IRIS DERKE, *and* DANUTA GROSS,

                         Defendants.
-----------------------------------------------------------------X

1:19-cv-06601-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

      The Court stayed this case on November 13, 2019 to permit the parties to arbitrate their dispute. Dkt. No. 27. The parties now anticipate that a hearing may not take place until Fall 2022, three years after the case was stayed. *See* Dkt. No 40. A decision and award would presumably follow thereafter. Notwithstanding the COVID-19 pandemic, three years for conducting discovery, motion practice, and an evidentiary hearing in what the Court understands to be a straightforward single plaintiff case is an exceptionally lengthy amount of time, even more so in the context of arbitration, which is a streamlined and efficient process when well-managed.

      The parties are directed to provide a status update to the Court no later than December 1, 2022. In the event that this dispute has not been resolved by that date, the Court expects that it will request further information from the parties regarding the matter.

      SO ORDERED.

Dated: May 10, 2022
      New York, New York

                                          GREGORY H. WOODS
                                         United States District Judge