```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/1/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
RESHMA AMIN,                                    :
                                                :
                              Plaintiff,        :
                                                :         1:19-cv-6601-GHW
         -against-                              :
                                                :         ORDER
ARTIST TRAVEL CONSULTANTS, LLC,                 :
IRIS DERKE, *and* DANUTA GROSS,                 :
                                                :
                              Defendants.       :
-------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

    The parties are directed to provide a status update to the Court no later than June 19, 2023. The Court establishes this deadline for the parties' next status report with the expectation that a decision from the arbitration hearing scheduled for January 18, 2023 and January 19, 2023 will have been rendered well in advance of the June 19, 2023 deadline.

    SO ORDERED.

Dated: December 1, 2022
       New York, New York

                                                             GREGORY H. WOODS
                                                             United States District Judge